UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERRY J. MELANCON and CARLYLE J. MELANCON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   No.: 3:19-CV-00194-PLR-HBG |
| KENNETH WEITZEL, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This civil action is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on May 12, 2019 [Doc. 5]. In the R&R, Magistrate Judge Guyton recommends that the Court dismiss defendant Kenneth Weitzel's Notice of Removal based upon jurisdictional deficiencies [Doc. 5]. There have been no timely objections filed to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful review of the matter, the Court agrees with Magistrate Judge Guyton's recommendation. Accordingly, the Court **ACCEPTS in whole** the R&R [Doc. 5] pursuant to 28 U.S.C. § 636(b)(1). Mr. Weitzel's Notice of Removal [Doc. 1] is hereby **DISMISSED** and this case is **REMANDED** to the Loudon County General Sessions Court.

The Court additionally notes that plaintiffs have recently filed a Motion to Remand [Doc. 10], which this Court **DENIES as moot**, given our acceptance of the R&R.

**IT IS SO ORDERED.**

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**